## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN SOLAK, derivatively on behalf of ENOCHIAN BIOSCIENCES INC., <br><br> Plaintiff, <br><br> SERHAT GUMRUKCU, RENE SINDLEV, MARK DYBUL, M.D., GREGG ALTON, CAROL L. BROSGART, M.D., HENRIK GRØNFELDT-SØRENSEN, JAYNE MCNICOL, and JAMES SAPIRSTEIN, <br><br> Defendants, <br><br> -and- <br><br> ENOCHIAN BIOSCIENCES INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 1:23-cv |

### ORDER

Upon application of plaintiff John Solak, and for good cause shown,

**IT IS HEREBY ORDERED** this ___ day of January, 2023, that plaintiff may file his Complaint in the above-captioned matter under seal.

**IT IS FURTHER ORDERED** that, Enochian BioSciences, Inc. will file a redacted, public version of the Complaint within ten (10) business days of notice of this Order.

_____
UNITED STATES DISTRICT JUDGE